## B AND D ASSOCIATES ET AL. *v.* BOARD OF EXAMINERS FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS (AC 17484)

O'Connell, C. J., and Lavery and Hennessy, Js.

Argued March 31—officially released April 28, 1998

Per Curiam. The judgment is affirmed.

## SAMI MIKHAEL *v.* ROBERT BOTELHO ET AL. (AC 17395)

Lavery, Landau and Daly, Js.

Argued April 1—officially released April 28, 1998

Per Curiam. The judgment is affirmed.

## DAVID W. CUMMINGS *v.* TWIN TOOL MANUFACTURING COMPANY ET AL. (AC 17477)

Foti, Schaller and Sullivan, Js.

Argued April 1—officially released April 28, 1998

Per Curiam. The decision of the workers' compensation review board is affirmed.